THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GERALD BOGLE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BIG LOTS MANAGEMENT, LLC,<br><br>　　　　　　　Defendant. | No. 3:23-cv-05588-TMC<br><br>STIPULATED MOTION TO STAY CASE PENDING ARBITRATION<br><br>NOTE ON MOTION CALENDAR:<br>December 4, 2023 |

STIPULATED MOTION TO STAY CASE PENDING
ARBITRATION

Page i

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

Plaintiff Gerald Bogle and Defendant Big Lots Management, LLC (collectively "Parties"), appearing by and through their respective attorneys of record, hereby stipulate and jointly move the Court to stay the above-captioned matter to permit the Parties to proceed in arbitration before the American Arbitration Association.

This is an employment lawsuit. Plaintiff initially filed his first Complaint in this Court on June 30, 2023, asserting federal and state law employment-related claims. *See* Dkt. 1 at ¶ 1. He later filed his First Amended Complaint on August 18, 2023. *See* Dkt. 14.

Defendant's counsel provided Plaintiff's counsel with a signed Arbitration Agreement wherein the Parties agreed to submit "any legal claims or disputes between [them] arising out of or related to [Plaintiff's] employment . . . or termination of employment" to binding arbitration, which covers claims that Plaintiff brought in the instant lawsuit. *See* the Arbitration Agreement attached to this Motion as *Exhibit A*. The Parties stipulate that the Arbitration Agreement permits the parties to have all rights provided under the Federal Arbitration Act, 9 U.S.C. §§ 10, 11. The Parties also stipulate to modify the Arbitration Agreement insofar as the Parties will use the King County Superior Court Local Civil Rules for discovery.

Subject to the above stipulations, the Parties hereby agree to stay the case pending the above-referenced arbitration. The Parties agree to file a status report and/or dismissal within thirty (30) days following the completion of binding arbitration.

Accordingly, the Parties request that the Court stay this matter pursuant to 9 U.S.C. § 3, pending completion of arbitration in accordance with the terms of the Arbitration Agreement and the stipulations above.

STIPULATED MOTION TO STAY CASE PENDING ARBITRATION
Page 1

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

DATED: December 4, 2023

| | |
|---|---|
| THE BLANKENSHIP LAW FIRM, PLLC | LANE POWELL PC |

By: */s/ Tobin S. Klusty*
    Scott C. G. Blankenship, WSBA No. 21431
    Tobin S. Klusty, WSBA No. 52561
    1000 Second Avenue, Suite 3250
    Seattle, WA 98104
    Telephone: 206-343-2700
    sblankenship@blankenshiplawfirm.com
    tklusty@blankenshiplawfirm.com
*Attorneys for Plaintiff*

By: */s/ Beth G. Joffe*
    Beth G. Joffe, WSBA No. 42782
    1420 Fifth Avenue, Suite 4200
    P.O. Box 91302
    Seattle, Washington 98111-9402
    Telephone: 206-223-7048
    joffeb@lanepowell.com
*Attorney for Defendant*

VORYS, SATER, SEYMOUR AND PEASE LLP

By: */s/ Cory D. Catignani*
    Cory D. Catignani (CA Bar #332551) (Admitted PHV)
    Jocelyn M. Hoffman (CA Bar #332297) (Admitted PHV)
    4675 MacArthur Court, Suite 700
    Newport Beach, CA 92660
    Telephone: 949-526-7906
    cdcatignani@vorys.com
    jmhoffman@vorys.com
*Attorneys for Defendant*

STIPULATED MOTION TO STAY CASE PENDING ARBITRATION
Page 2

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

# ORDER

ORDERED that the above captioned matter is stayed pending arbitration. The parties must submit a status report and/or notice of dismissal within thirty (30) days following the completion of arbitration. The parties must also submit a status report no later than June 4, 2024, informing the Court of the status of the case whether the arbitration is completed or not.

DATED this 4th day of December, 2024.

_____
Tiffany M. Cartwright
United States District Court Judge

Presented by:

LANE POWELL PC

By:     /s/ Beth G. Joffe
Beth G. Joffe, WSBA No. 42782
Attorney for Defendant

VORYS, SATER, SEYMOUR AND PEASE LLP

By:     /s/ Cory D. Catignani
Cory D. Catignani (CA Bar #332551) (Admitted PHV)
Jocelyn M. Hoffman (CA Bar #332297) (Admitted PHV)
Attorneys for Defendant

THE BLANKENSHIP LAW FIRM, PLLC

By:   /s/ Tobin S. Klusty
Scott C.G. Blankenship, WSBA No. 21431
Tobin S. Klusty, WSBA No. 52567
Michael J. Mohan
Attorneys for Plaintiff

STIPULATED MOTION TO STAY CASE PENDING ARBITRATION
Page 3

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700

## DECLARATION OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the date and in the manner listed below I caused delivery of a true copy of the attached document to the following attorneys for Defendant(s):

| | |
|---|---|
| Beth G. Joffe, WSBA No. 42782<br>1420 Firth Avenue Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111<br>Telephone: 206-223-7000<br>joffeb@lanepowell.com | ☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>■ by Notification via E-filing System |
| Cory D. Catignani, Pro Hac Vice<br>Jocelyn M. Hoffman, Pro Hac Vice<br>4675 MacArthur Court, Suite 700<br>Newport Beach, CA 92660<br>Telephone: 949-526-7906<br>cdcatignani@vorys.com<br>jmhoffman@vorys.com | ☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>■ by Notification via E-filing System |

DATED this 4th day of December, 2023, at Seattle, Washington.

__/s/ Will Cummins__
Will Cummins
Paralegal

STIPULATED MOTION TO STAY CASE PENDING ARBITRATION
Page 4

THE BLANKENSHIP LAW FIRM, PLLC
1000 Second Avenue, Suite 3250
Seattle, Washington 98104
(206) 343-2700